# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

275 MADISON AVENUE
SUITE 705
NEW YORK, NEW YORK 10016
(212) 324-3800

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin∆

Brian C. Avello◊
Marcus Cheung*
Matthew B. Corwin*
Jennie L. Croyle
Adam D'Antonio
Jacqueline M. Della Chiesa
Patrique P. Denize
David R. Ehrlich
Cara M. Goldstein
Ivie Guobadia
Owen A. Kloter*∆
Michael Kwiatkowski*
Ronald P. Labeck
Brian A. Lacoff*
Justin M. Rowe
Michelle E. Tarson*

Of Counsel
John C. Polera∆
Kristen Renzulli*

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC

September 18, 2014

United States Bankruptcy Court
445 Broadway, Suite 327
U.S. Courthouse
Albany, New York 12201

        **Re:**    **Rookram Johnny**
                **Case No. 14-10711-1-rel**
                **Chapter 13**

Dear Sir/Madam:

      Please be advised that American Tax Funding, LLC's ("ATF") opposition to confirmation will be deemed withdrawn upon the filing of Debtor's Amended Chapter 13 plan which will list ATF's claim in the sum of $36,231.34 at 21% interest. Your attention to this matter is greatly appreciated. Should you have any questions please contact the undersigned.

                Very truly yours,

                \s\ Cara M. Goldstein
                CARA M. GOLDSTEIN

cc:    Hanson Law Firm, P.C. via ecf filing
        Andrea E. Celli, via ecf filing