So Ordered.

Signed this 27 day of July, 2018.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

**ROOKRAM JOHNNY AND
MOHANIE JOHNNY,**

Debtors.

CHAPTER 13
CASE NO. 14-10711

---

### CONDITIONAL ORDER

The City of Schenectady, by and through its attorneys, Goldberger and Kremer, having moved this Court for an order terminating the automatic stay regarding 2004 Avenue A, Schenectady, New York, of which Debtors are the record owners, and Debtors having submitted opposition to the motion, and the terms of this Conditional Order having been agreed upon, and the matter having come on to be heard by the Court, and after due deliberation, it is

**ORDERED,** that Debtors shall pay all post-petition City/County taxes (including the first 3 quarterly installments of 2018 City/County taxes), Schenectady City School taxes, and City water and sewer charges first due on or before July 31, 2018 on 2004 Avenue A in the amount of

$21,077.80 (as of August 1, 2018), plus interest at 21% per annum, to the City of Schenectady as follows:

a. The sum of $16,000.00 no later than September 1, 2018; and

b. Monthly installments of $360.00 per month commencing October 1, 2018, and continuing on the same day of each month thereafter until the full amount of post-petition taxes first due on or before July 31, 2018 are paid in full, including interest at 21% per annum; and it is further

**ORDERED,** that all such payments shall be applied first to 2018 City/County taxes and water and sewer charges, then to 2018 Schenectady City School District taxes, then to 2017 City/County taxes and water and sewer charges, then to the 2017 Schenectady City School taxes, and then to 2016 City/County taxes and water and sewer charges; and it is further

**ORDERED,** that should Debtor default in making any of the payments as set forth above, the City shall provide, by first class mail, notice to Debtors and their attorney of a default and Debtors shall have ten (10) days from the date of the letter to cure said default, and if said default is not timely cured, the City may submit an ex parte order lifting the stay and shall be permitted to commence a tax foreclosure proceeding against the property; and it is further

**ORDERED,** that commencing with the quarterly installments due on or after August 1, 2018, and continuing until the bankruptcy case is closed, Debtors shall pay all quarterly installments of City/County taxes, water and sewer charges, and Schenectady City School District taxes on 2004 Avenue A within thirty (30) days of their initial due date; and it is further

**ORDERED,** that should Debtor default in making payment of any quarterly tax installments as set forth above, the City shall provide, by first class mail, notice to Debtor and her attorney of a default pursuant to this paragraph and Debtor shall have ten (10) days from the date of the letter to cure said default and if said default is not timely cured, the City may submit an ex parte order lifting the stay and the City shall be permitted to commence a tax foreclosure proceeding against the property.

_____  Date: 7/26/18
Brian S. Kremer
Attorney for City of Schenectady

_____  Date: 7/26/18
Kristie Hanson
Attorney for Debtors

####